UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 19-60692-CIV-ALTMAN/Hunt

**MARIO GUERRA**,
individually and on behalf of
all others similarly situated,

    Plaintiff,

v.

**MEDICAL VITALITY CLINIC, LLC**,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Plaintiff's Notice of Voluntary Dismissal With Prejudice filed on April 12, 2019 ("Notice") **[ECF No. 6]**. The Plaintiff seeks a voluntary dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). The Court notes that the Defendant, Medical Vitality Clinic, has not filed either an Answer or a Motion for Summary Judgment and that, as a result, the Plaintiff's voluntary dismissal is self-executing.

Being fully advised, it is hereby:

**ORDERED** that the above-styled case is **DISMISSED with prejudice**. The Clerk is directed to **CLOSE** the case, and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 26th day of April 2019.

                                            _____
                                            **ROY K. ALTMAN**
                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record